```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17374
    PHYLLIS A BRAGGS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3889


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/29/2006 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/21/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
CITIMORTGAGE INC           UNSECURED         27593.23         .00           .00
CITIMORTGAGE INC           UNSECURED        NOT FILED         .00           .00
CITIMORTGAGE INC           UNSECURED        NOT FILED         .00           .00
CITICORP TRUST BANK        UNSECURED        NOT FILED         .00           .00
CITIFINANCIAL MORTGAGE     NOTICE ONLY      NOT FILED         .00           .00
COOK COUNTY TREASURER      SECURED           2576.66          .00         659.00
COOK COUNTY TREASURER      UNSECURED        NOT FILED         .00           .00
GMAC                       SECURED VEHIC    7313.01        680.38        1675.64
GENERAL MOTORS ACCEPTANC   UNSECURED        NOT FILED         .00           .00
GMAC                       SECURED NOT I        .00           .00           .00
GENERAL MOTORS ACCEPTANC   UNSECURED        NOT FILED         .00           .00
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00           .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    9853.00           .00        2109.04
HOMECOMINGS FINANCIAL      NOTICE ONLY      NOT FILED         .00           .00
AT&T BROADBAND             UNSECURED        NOT FILED         .00           .00
AT&T                       UNSECURED          197.37          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         8228.77          .00           .00
CAPITAL ONE                UNSECURED          898.71          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         1008.09          .00           .00
JC PENNEY                  UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1277.20          .00           .00
MEMORIAL HOSPITAL          FILED LATE           .00           .00           .00
NATIONAL BANK OF THE MID   UNSECURED        NOT FILED         .00           .00
NEXTEL COMMUNICATIONS      UNSECURED        NOT FILED         .00           .00
NIPSCO                     UNSECURED          197.49          .00           .00
GE MONEY/SAM'S             UNSECURED          421.70          .00           .00
SOUTH BEND FIRE DEPT       UNSECURED        NOT FILED         .00           .00
SOUTH BEND WATER WORKS     UNSECURED        NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED          586.37          .00           .00
TARGET                     NOTICE ONLY      NOT FILED         .00           .00
US DEPT OF EDUCATION       UNSECURED         4543.43          .00           .00
US DEPT OF EDUCATION       NOTICE ONLY      NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17374 PHYLLIS A BRAGGS
```

```
ROUNDUP FUNDING LLC      UNSECURED        623.97             .00             .00
RESURGENT CAPITAL        CURRENT MORTG       .00             .00             .00
RESURGENT CAPITAL        MORTGAGE ARRE   1328.55             .00          284.37
STUART B HANDELMAN       DEBTOR ATTY    1,949.00                        1,949.00
TOM VAUGHN               TRUSTEE                                          544.57
DEBTOR REFUND            REFUND                                              .00
```

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  7,902.00

PRIORITY                                              .00
SECURED                                          4,728.05
    INTEREST                                       680.38
UNSECURED                                             .00
ADMINISTRATIVE                                   1,949.00
TRUSTEE COMPENSATION                               544.57
DEBTOR REFUND                                         .00
                         ---------------        ---------------
TOTALS                   7,902.00                7,902.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 10/23/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 06 B 17374 PHYLLIS A BRAGGS